UNITED STATES of America,
Plaintiff—Appellee,

v.

Armen BAKUNTS, Defendant—
Appellant.

No. 01–50731.

D.C. No. CR–01–00329–MMM.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 21, 2003.

Before BEEZER, KLEINFELD and
PAEZ, Circuit Judges.

MEMORANDUM **

Armen Bakunts appeals his conviction and 8–month sentence after his guilty plea

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

to two counts of bank fraud in violation of 18 U.S.C. § 1344. His attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issue for appeal.

Accordingly, we GRANT the motion to withdraw as counsel of record for appellant and the district court's judgment is

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Evan's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.